**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ALTON JAMES NICKLEBERRY | § | |
| VS. | § | CIVIL ACTION NO. 9:18-CV-192 |
| DR. JAMES DOUGLAS GEDDES, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Alton James Nickleberry, a prisoner previously confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Dr. James Douglas Geddes and Shonan Bonner.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting defendants' motion for summary judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). For the reasons stated in the Magistrate Judge's Report and Recommendation, the court concludes that there is no genuine dispute as to any material fact on the issue of whether the defendants were deliberately indifferent

to Plaintiff's serious medical needs. *Farmer v. Brennan*, 511 U.S. 825, 832 (1994). As a result, the the Magistrate Judge correctly concluded that the defendants' motion for summary judgment on the ground of qualified immunity should be granted.

### ORDER

Plaintiff's objections (document no. 98) are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 96) is **ACCEPTED**. Defendants' motion for summary judgment (document no. 61) is **GRANTED**. A final judgment will be entered in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED** **March 21, 2020.**

_____
Ron Clark, Senior District Judge